Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHAHIDUL HAQUE, et al., <br><br> Defendants. | Case No. 5:13-cv-02058-RMW <br><br> ORDER () |

**ORDER (Proposed)**

**IT IS HEREBY ORDERED** that the mediation deadline in civil action 5:13-cv-02058-RMW styled *J & J Sports Productions, Inc. v. Shahidul Haque, et al.,* is hereby continued to and through May 30, 2014.

**IT IS SO ORDERED:**

_/s/ Ronald M. Whyte_                                    Dated: _____

**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**

Page 1