Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SHAHIDUL HAQUE, ET AL., <br><br> Defendants. | CASE NO. 5:13-cv-02058-RMW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SHAHIDUL HAQUE and ANA LISA HAQUE, individually and d/b/a BENNIGAN'S RESTAURANT; and HAQUE HOLDINGS, LLC an unknown business entity d/b/a BENNIGNAN'S RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants SHAHIDUL HAQUE and ANA LISA HAQUE, individually and d/b/a BENNIGAN'S RESTAURANT; and HAQUE HOLDINGS, LLC an unknown business entity d/b/a BENNIGNAN'S RESTAURANT, that the above-entitled action is hereby dismissed without prejudice against SHAHIDUL HAQUE and ANA LISA HAQUE, individually and d/b/a BENNIGAN'S RESTAURANT; and HAQUE HOLDINGS, LLC an unknown business entity d/b/a BENNIGNAN'S RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by June 15, 2014, the dismissal shall be deemed to be with prejudice.

///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 5/15/14

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/18/2014

**LAW OFFICES OF MATTHEW A. PARE, APC.**
By: Matthew A. Pare, Esquire
Attorneys for Defendants
SHAHIDUL HAQUE and ANA LISA HAQUE, individually and d/b/a BENNIGAN'S RESTAURANT; and HAQUE HOLDINGS, LLC an unknown business entity d/b/a BENNIGNAN'S RESTAURANT

IT IS SO ORDERED:

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated: Î ÐÐFI

STIPULATION OF DISMISSAL
5:13-cv-02058-RMW
PAGE 2